UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN D. BASQUE & DENISE M. BASQUE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER, et al.,<br><br>Defendants. | No.  2:16-cv-2760 KJN<br><br><br>ORDER |

On January 26, 2017, after all parties consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c), this case was referred to the undersigned for all further proceedings, including the entry of final judgment.  (ECF No. 18.)  Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on plaintiffs' pending motion to strike affirmative defenses is set for March 9, 2017, at 10:00 a.m., in Courtroom No. 25.
2. Any opposition to the motion to strike shall be filed no later than February 9, 2017.
3. Any reply brief shall be due no later than February 23, 2017.
4. An initial status (pretrial scheduling) conference in this matter is set for March 9, 2017, at 10:00 a.m., in Courtroom No. 25.
5. No later than February 23, 2017, the parties shall file a joint status report addressing

1

the following topics:

a. Service of process;

b. Possible joinder of additional parties;

c. Any expected or desired amendment of the pleadings;

d. Jurisdiction and venue;

e. Anticipated motions and their scheduling;

f. The report required by Fed. R. Civ. P. 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

g. Future proceedings, including setting appropriate cut-off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

h. Special procedures, if any;

i. Estimated trial time;

j. Modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings;

k. Whether the case is related to any other cases, including bankruptcy;

l. Whether a settlement conference should be scheduled;

m. Whether counsel will stipulate to the undersigned acting as a settlement judge and trial judge, and waive disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge; and

n. Any other matters that may add to the just and expeditious disposition of this case.

IT IS SO ORDERED.

Dated: January 26, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE