
...

Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:         mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
RYAN D. BASQUE and DENISE M. BASQUE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

RYAN D. BASQUE, et al.,

         Plaintiffs,

vs.

COUNTY OF PLACER, et al.,

         Defendants.

Case No. 2:16-cv-02760-KJN

**PLAINTIFF RYAN D. BASQUE'S UNOPPOSED REQUEST FOR APPOINTMENT OF *GUARDIAN AD LITEM* FOR NON-PARTY MINORS S.B. AND E.B.; ORDER THEREON**

## I.   INTRODUCTION

Plaintiff Ryan D. Basque requests the Court's appointment as the *guardian ad litem* for non-party minors S.B. and E.B.

## II.   STATEMENT OF RELEVANT FACTS

Plaintiff Ryan D. Basque ("Ryan")[1] is the father of non-party minors, S.B. and E.B. Declaration of Ryan D. Basque ("Ryan Decl."), ¶¶2-3.

S.B. and E.B. potentially have claims against Defendants in this action which could be brought through this action and in this Court. Ryan Decl., ¶5. Those claims, if asserted, would arise out of the same conduct which gave rise to Plaintiffs' individual claims. *Id*.; *see also* ECF No. 29-3 at 4 & 29-4 [taser video at 00:08-00:15, wherein S.B. and E.B. appear during subject incident].

---

[1] The two Plaintiffs to this action, Plaintiff Ryan D. Basque and Denise M. Basque (collectively, "Plaintiffs"), share a common surname. For clarity, Plaintiffs are referred to by their first names.

1

**PLAINTIFF RYAN D. BASQUE'S UNOPPOSED REQUEST FOR APPOINTMENT OF *GUARDIAN AD LITEM* FOR NON-PARTY MINORS S.B. AND E.B.**
*Basque v. County of Placer*, United States District Court, Eastern District of California, Case No. 2:16-cv-02760-KJN

The parties to this action have reached agreement on the terms of a proposed settlement. *See* ECF No. 32. Terms of the settlement are inclusive of the claims of S.B. and E.B. Ryan Decl., ¶6. Because the settlement seeks to resolve claims of minors, special procedures will apply. *See* Fed. R. Civ. P. 17(c) & E.D. Cal. L.R. 202.

Therefore, Plaintiff Ryan requests the Court's appointment as the *guardian ad litem* for his minor children, S.B. and E.B., in order to represent their interests in this action, notwithstanding that S.B. and E.B. are currently non-parties to this action.

### III.   REQUEST FOR APPOINTNMENT

"A minor … who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor … who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2); E.D. Cal. L.R. 202(a) ("Appointment of Representative or Guardian"); *see also* Cal. Code Civ. Proc. § 372(a)(1) ("A guardian ad litem may be appointed in any case when it is deemed by the court in which the action or proceeding is prosecuted, or by a judge thereof, expedient to appoint a guardian ad litem to represent the minor…").

"A court has broad discretion in ruling on a guardian ad litem application." *Williams v. Superior Court*, 147 Cal. App. 4th 36, 47, 54 Cal. Rptr. 3d 13 (2007). When there is no conflict of interest, the guardian ad litem appointment is usually made on *ex parte* application and involves minimal exercise of discretion by the trial court. *In re Marriage of Caballero*, 27 Cal. App. 4th 1139, 1149, 33 Cal. Rptr. 2d 46 (1994).

Though not yet parties to this action, because S.B. and E.B. potentially have claims that could be asserted in this action and which the parties seek to resolve through settlement, *see* Basque Decl., ¶¶5-6, Plaintiff Ryan requests the Court's appointment as *guardian ad litem* for S.B. and E.B. in this action, for the purpose of pursuing and settling their potential claims. Plaintiff Ryan is aware of no conflict of interest and, if so appointed, will protection of the minors' interest in this litigation. *See* Basque Decl., ¶7.

This request for appointment as *guardian ad litem* is unopposed by Defendants.

### IV.   CONCLUSION

Plaintiff Ryan D. Basque respectfully requests the Court's appointment as the *guardian ad litem*

2

**PLAINTIFF RYAN D. BASQUE'S UNOPPOSED REQUEST FOR APPOINTMENT OF *GUARDIAN AD LITEM* FOR NON-PARTY MINORS S.B. AND E.B.**
*Basque v. County of Placer*, United States District Court, Eastern District of California, Case No. 2:16-cv-02760-KJN

for non-party minors S.B. and E.B.

Dated: July 25, 2017

Respectfully Submitted,

By: _____
Mark E. Merin
Paul H. Masuhara
LAW OFFICE OF MARK E. MERIN

Attorneys for Plaintiffs
RYAN D. BASQUE and DENISE M. BASQUE

## ORDER

Pursuant to Fed. R. Civ. P. 17(c)(2) and E.D. Cal. L.R. 202(a), the Court hereby GRANTS Plaintiff Ryan D. Basque's request for appointment as the *guardian ad litem* for non-party minors S.B. and E.B. The Court finds that this appointment is in S.B. and E.B.'s best interests. Accordingly, the Court hereby appoints Plaintiff Ryan D. Basque as *guardian ad litem* for S.B. and E.B., for the purpose of this action.

IT IS SO ORDERED.

Dated:  July 26, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

3

**PLAINTIFF RYAN D. BASQUE'S UNOPPOSED REQUEST FOR APPOINTMENT OF *GUARDIAN AD LITEM* FOR NON-PARTY MINORS S.B. AND E.B.**
*Basque v. County of Placer*, United States District Court, Eastern District of California, Case No. 2:16-cv-02760-KJN