Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:　(916) 443-6911
Facsimile:　(916) 447-8336
E-Mail:　　mark@markmerin.com
　　　　　　paul@markmerin.com

Attorneys for Plaintiffs
RYAN D. BASQUE and DENISE M. BASQUE


PLACER COUNTY COUNSEL'S OFFICE
BRETT D. HOLT (SBN 133525)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: bholt@placer.ca.gov

Attorney for Defendants
COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE,
EDWARD N. BONNER, ERIC J. LOPPIN, WILLIAM K. OLSON,
MATT H. WINCZNER, and DEVON M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RYAN D. BASQUE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF PLACER, et al., <br><br> Defendants. | Case No. 2:16-cv-02760-KJN <br><br> **STIPULATION TO APPROVE SETTLEMENT AGREEMENT AND MINORS' COMPROMISE; ORDER** |

Plaintiffs Ryan D. Basque and Denise M. Basque (collectively, "Plaintiffs"), including Plaintiff Ryan D. Basque as Court-appointed *guardian ad litem* for non-party minors S.B. and E.B., and Defendants County of Placer, Placer County Sheriff's Office, Edward N. Bonner, Eric J. Lopin, William K. Olson, Matt H. Winczner, and Devon M. Bell (collectively, "Defendants") submit the following stipulation to approve settlement agreement and minors' compromise.

### I. STATEMENT OF RELEVANT FACTS

On November 22, 2016, Plaintiffs initiated the instant matter. *See* ECF No. 1. Generally, the

1

action arises out of alleged civil rights violations by individual Defendants employed by public entity Defendants.

On December 27, 2016, Defendants responded, substantively denying the allegations. *See* ECF No. 15.

On June 27, 2017, the parties engaged in private mediation before Hon. Frank C. Damrell, Jr. (Ret.). Declaration of Mark E. Merin ("Merin Decl."), ¶2.

On July 19, 2017, the parties reached the terms of a settlement agreement that resolved the entire action and all claims thereto, including the potential but as-yet-asserted claims of non-party minors S.B. and E.B. who were present during the beginning of the subject incident giving rise to the action. Merin Decl., ¶3. Specifically, Plaintiffs agreed to settle their claims, as well as the claims of S.B. and E.B. Merin Decl., ¶¶4-5.

On July 26, 2017, this Court approved Plaintiff Ryan D. Basque's unopposed request for appointment as guardian ad litem for S.B. and E.B. *See* ECF No. 36.

## II. **STIPULATION**

1. Plaintiffs Ryan D. Basque and Denise M. Basque, including Plaintiff Ryan D. Basque as Court-appointed *guardian ad litem* for non-party minors S.B. and E.B., and Defendants County of Placer, Placer County Sheriff's Office, Edward N. Bonner, Eric J. Lopin, William K. Olson, Matt H. Winczner, and Devon M. Bell, have reached the terms of a settlement agreement completely and finally resolving all claims which were asserted, and which could be asserted, in connection with the instant action.

2. Non-party minors S.B. and E.B. potentially have as-yet-asserted claims arising from this action. Plaintiff Ryan D. Basque, in his capacity as Court-appointed *guardian ad litem* for S.B. and E.B., seeks to sign the parties' settlement agreement on behalf of S.B. and E.B., compromising their claims.

3. The parties agree that Plaintiffs will withhold $1,000 from their portion of the settlement proceeds for each of S.B. and E.B., for a total of $2,000. These withheld funds will be placed in a blocked bank account and held for the benefit of S.B. and E.B. until the date on which each reaches the age of majority. Each of S.B. and E.B. shall receive $1,000 on the date they reach majority, pursuant to the terms of the parties' settlement agreement.

4. Plaintiff Ryan D. Basque, in his capacity as Court-appointed *guardian ad litem* for S.B.

and E.B., will be responsible for procuring, maintaining, and, when appropriate, distributing the funds to each of S.B. and E.B.

IT IS SO STIPULATED.

Dated: August 3, 2017

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

/s/ Mark E. Merin

By: _____
   Mark E. Merin

Attorney for Plaintiffs
RYAN D. BASQUE and DENISE M. BASQUE

Dated: August 3, 2017

Respectfully Submitted,
PLACER COUNTY COUNSEL'S OFFICE

/s/ Brett D. Holt
(as authorized on August 3, 2017)

By: _____
   Brett D. Holt

Attorneys for Defendants
COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE, EDWARD N. BONNER, ERIC J. LOPPIN, WILLIAM K. OLSON, MATT H. WINCZNER, and DEVON M. BELL

3

**STIPULATION TO APPROVE SETTLEMENT AGREEMENT AND MINORS' COMPROMISE; ORDER**
*Basque v. County of Placer*, United States District Court, Eastern District of California, Case No. 2:16-cv-02760-KJN

## III. ORDER

Pursuant to the terms of the parties' stipulation, and consistent with E.D. Cal. L.R. 202, the Court APPROVES the parties' stipulation to approve settlement agreement and minors' compromise in this matter.

1. Plaintiffs Ryan D. Basque and Denise M. Basque, including Plaintiff Ryan D. Basque as Court-appointed *guardian ad litem* for non-party minors S.B. and E.B., and Defendants County of Placer, Placer County Sheriff's Office, Edward N. Bonner, Eric J. Lopin, William K. Olson, Matt H. Winczner, and Devon M. Bell's settlement agreement, completely and finally resolving all claims which were asserted, and which could be asserted, in connection with the instant action, is APPROVED.

2. Plaintiff Ryan D. Basque, in his capacity as Court-appointed *guardian ad litem* for S.B. and E.B., is AUTHORIZED and ORDERED to sign the parties' settlement agreement on behalf of S.B. and E.B., compromising their claims.

3. Pursuant to the terms of the parties' agreement, Plaintiffs are ORDERED to withhold $1,000 from their portion of the settlement proceeds for each S.B. and E.B., for a total of $2,000. The Court ORDERS that these withheld funds be placed in a blocked bank account and held for the benefit of S.B. and E.B. until the date on which each reaches the age of majority. Each of S.B. and E.B. shall receive $1,000 on the date they reach majority, pursuant to the terms of the parties' settlement agreement.

4. Plaintiff Ryan D. Basque, in his capacity as Court-appointed *guardian ad litem* for S.B. and E.B., will be responsible for procuring, maintaining, and, when appropriate, distributing the funds to each of S.B. and E.B.

5. The Court maintains jurisdiction over the terms of this Order and the ability to modify its terms, if necessary.

6. The parties shall file an appropriate stipulation to dismiss the action within seven (7) days of execution of the settlement agreement.

////
////
////
////

4

**STIPULATION TO APPROVE SETTLEMENT AGREEMENT AND MINORS' COMPROMISE; ORDER**
*Basque v. County of Placer*, United States District Court, Eastern District of California, Case No. 2:16-cv-02760-KJN

IT IS SO ORDERED.

Dated: August 8, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

5

**STIPULATION TO APPROVE SETTLEMENT AGREEMENT AND MINORS' COMPROMISE; ORDER**
*Basque v. County of Placer*, United States District Court, Eastern District of California, Case No. 2:16-cv-02760-KJN