1  Mark E. Merin (State Bar No. 043849)
   Paul H. Masuhara (State Bar No. 289805)
2  LAW OFFICE OF MARK E. MERIN
   1010 F Street, Suite 300
3  Sacramento, California 95814
   Telephone:  (916) 443-6911
4  Facsimile:  (916) 447-8336
   E-Mail:     mark@markmerin.com
5              paul@markmerin.com

6  Attorneys for Plaintiffs
7  RYAN D. BASQUE and DENISE M. BASQUE

8  PLACER COUNTY COUNSEL'S OFFICE
   BRETT D. HOLT (SBN 133525)
9  175 Fulweiler Avenue
   Auburn, California 95603
10 Telephone: (530) 889-4044
   Facsimile: (530) 889-4069
11 Email: bholt@placer.ca.gov

12 Attorney for Defendants
   COUNTY OF PLACER, PLACER COUNTY SHERIFF'S OFFICE,
13 EDWARD N. BONNER, ERIC J. LOPPIN, WILLIAM K. OLSON,
   MATT H. WINCZNER, and DEVON M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RYAN D. BASQUE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF PLACER, et al.,<br><br>Defendants. | Case No. 2:16-cv-02760-KJN<br><br>**ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

The parties, Plaintiffs Ryan D. Basque and Denise M. Basque and Defendants County of Placer, Placer County Sheriff's Office, Edward N. Bonner, Eric J. Lopin, William K. Olson, Matt H. Winczner, and Devon M. Bell, have stipulated to the dismissal of this entire action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in accordance with the terms of the parties' settlement agreement, with each side to bear its own attorneys' fees and costs. (ECF No. 40.)

The Court GRANTS the parties' stipulation.

1

This action is DISMISSED WITH PREJUDICE, consistent with the terms of the parties' stipulation. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: August 18, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2

**ORDER FOR DISMISSAL WITH PREJUDICE**
*Basque v. County of Placer*, United States District Court, Eastern District of California, Case No. 2:16-cv-02760-KJN